UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Daniel Eric Cobble, )
)
    Plaintiff, )
)
v. ) Civil Action No. 14-455
)
John Doe, Director of Federal )
Bureau of Investigation )
Civil Rights Section, )
)
    Defendants. )
_____ )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff is a Georgia state prisoner. The handwritten scribbling comprising the complaint is difficult to read but plaintiff seeks a writ of mandamus to compel the FBI to investigate his claims of being framed. The United States Attorney General has absolute discretion in deciding whether to investigate claims for possible criminal or civil prosecution. As a general rule applicable to the circumstances of this case, such decisions are not subject to judicial review. *Shoshone-Bannock Tribes v. Reno*, 56 F.3d 1476, 1480-81 (D.C. Cir. 1995); *see accord Wightman-Cervantes v. Mueller*, 750 F. Supp. 2d 76, 81 (D.D.C. 2010) (citing cases);

1

*Martinez v. U.S.*, 587 F. Supp. 2d 245, 248-49 (D.D.C. 2008) (same). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: March 5, 2014

_____
United States District Judge